# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Oshkosh Defense, LLC ) | ASBCA No. 59888 |
| ) | |
| Under Contract No. W56HZV-09-D-0024 ) | |

APPEARANCE FOR THE APPELLANT:          Scott Arnold, Esq.
                                       Blank Rome LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                       Army Chief Trial Attorney
                                       CPT Harry M. Parent, III, JA
                                       Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59888, Appeal of Oshkosh Defense, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals